# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:16-mj-4066 |
| Tywan Hatcher | ) | |

**ORDER SCHEDULING A DETENTION HEARING**

A preliminary hearing and detention hearing are scheduled as follows:

| Place: U.S. District Court<br>801 Broadway<br>Nashville, TN 37203 | Courtroom 776 |
|---|---|
| | Date and Time: August 15, 2016 at 1:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: August 10, 2016

_____
*Judge's signature*

JOHN S. BRYANT, U.S. MAGISTRATE JUDGE
*Printed name and title*